UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

COREEN LYNNE MARIE OSBORNE, : CASE NO. 1:22-cv-02344
:
     Plaintiff, : OPINION & ORDER
: [Resolving Doc. 1]
vs. :
:
COMMISSIONER OF SOCIAL :
SECURITY ADMINISTRATION, :
:
     Defendant. :

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Coreen Lynne Marie Osborne seeks judicial review of the Social Security Administration Commissioner's final decision denying her application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI").[1]

On December 11, 2023, Magistrate Judge Knapp issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision.[2]  Plaintiff's objections were due on December 26, 2023.[3]  Plaintiff did not file objections.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[4]  Absent objection, district courts may adopt an R&R without review.[5]  Plaintiff did not object to the R&R, so this Court may adopt Magistrate

---

[1] Doc. 1.  Plaintiff and Defendant filed merits briefs.  Docs. 7, 9.  Plaintiff filed a reply.  Doc. 10.
[2] Doc. 11
[3] Parties have fourteen days to file objections to a Magistrate Judge's R&R.  LR 72.3(b).  Because December 25 was a legal holiday, objections were due the next day.  Fed. R. Civ. P. 6(a)(1)(C).
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).  Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R.  *Id*. at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:22-cv-02344
Gwin, J.

Judge Knapp's R&R without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Knapp's R&R and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: January 8, 2024             s/ *James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE